**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1800**

———————

THADDAUS MUMFORD,

                                    Plaintiff - Appellant,

        versus

LARRY HARRELSON, Deputy Sheriff, individually
and in his official capacity; DALE B. FURR, in
his official capacity; FIDELITY AND DEPOSIT
COMPANY OF MARYLAND, SURETY,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  Wallace W. Dixon,
Magistrate Judge.  (1:04-cv-00017-WWD)

———————

Submitted:  December 17, 2007      Decided:  January 14, 2008

———————

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thaddaus Mumford, Appellant Pro Se.  Tracy Lynn Eggleston, Paul
Aivars Reichs, COZEN O'CONNOR, Charlotte, North Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thaddaus Mumford appeals the order of the magistrate judge[*] denying his motion to extend or reopen the appeal period so that he could appeal the magistrate judge's order dismissing his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no abuse of discretion. See Thompson v. E.I. DuPont de Nemours & Co., 76 F.3d 530, 532 n.2 (4th Cir. 1996) (stating standard of review). Accordingly, we affirm for the reasons stated by the magistrate judge. Mumford v. Harrelson, No. 1:04-cv-00017-WWD (M.D.N.C. July 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the exercise of jurisdiction by the magistrate judge, pursuant to 28 U.S.C. § 636(c) (2000).